**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STANLEY LEO SPRIGGS, | : | Civil No. 1:23-CV-01756 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| B. SALAMON, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 9th day of March 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion for summary judgment, Doc. 49, is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants Bollinger, Bush, and Pasqualle.

3. The Clerk of Court is directed to **CLOSE** this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
